## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION DIVISION

| | |
|---|---|
| IN RE:<br>HEAT MEDIC INC.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-51884 BB<br><br>JUDGE BRUCE W. BLACK |

### TRUSTEE'S FINAL REPORT

To:   THE HONORABLE BRUCE W. BLACK
      BANKRUPTCY JUDGE

NOW COMES BRADLEY J. WALLER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   BRADLEY J. WALLER was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/13/05. The Trustee was appointed on 10/13/05. An order for relief under Chapter 7 was entered on 10/13/05. The Trustee's case bond is in the amount of $100.00.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of 03/17/2009 is as follows:

   a. RECEIPTS (See Exhibit C)                    $         41,431.36
   b. DISBURSEMENTS (See Exhibit C)               $              0.00
   c. NET CASH available for distribution         $         41,431.36
   d. TRUSTEE/PROFESSIONAL COSTS

|   |   |   |
|---|---|---|
| 1. Trustee compensation requested (See Exhibit E) | $ | 4,893.14 |
| 2. Trustee Expenses (See Exhibit E) | $ | 307.94 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 2,626.25 |

5. The Bar Date for filing unsecured claims expired on 03/28/06.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 8,077.33 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 12,309.13 |
| e. Allowed unsecured claims | $ | 72,479.25 |

7. Trustee proposes that unsecured creditors receive a distribution of 29.04% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $8,077.33. The total of Chapter 7 professional fees and expenses requested for final allowance is $7,827.33. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $700.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: _____          RESPECTFULLY SUBMITTED,


                                        By: _____
                                        BRADLEY J. WALLER, Trustee
                                        KLEIN, STODDARD, BUCK, WALLER
                                        2045 ABERDEEN COURT
                                        SYCAMORE, IL 60178
                                        Telephone # (815) 748-0380

Heat Medic, Inc.
05-51884

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs.

The Trustee conducted an examination of the Debtor(s) at the Section 341 meeting of creditors. The Trustee determined that Pulte Homes owed the estate monies on a pre-filing receivable. The Trustee commenced an adversary which was ultimately compromised pursuant to court order.

The Trustee prepared semi-annual reports to the United States Trustee's Office.

The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

The Trustee examined the Debtor(s) records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

The Trustee attended to tax issues concerning the estate.

The Trustee reviewed the claims filed in this case.

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 05-51884 BB  
**Case Name:** HEAT MEDIC INC.  
**Period Ending:** 03/17/09

**Trustee:** (330500)  BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 10/13/05 (f)  
**§341(a) Meeting Date:** 12/22/05  
**Claims Bar Date:** 03/28/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ACCOUNTS RECEIVABLE | 40,000.00 | 41,162.00 | | 41,162.00 | FA |
| 2 | MISC TOOLS | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | MISC SHEETMETAL, A/C UNITS, FURNACES, COILS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 269.36 | Unknown |
| 4 | **Assets  Totals** (Excluding unknown values) | **$41,300.00** | **$41,162.00** | | **$41,431.36** | **$0.00** |

**Major Activities Affecting Case Closing:**
Trustee is awaiting prompt determination letters.

**Initial Projected Date Of Final Report (TFR):** December 31, 2006    **Current Projected Date Of Final Report (TFR):** December 31, 2009

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-51884 BB | Trustee: | BRADLEY J. WALLER (330500) |
| --- | --- | --- | --- |
| Case Name: | HEAT MEDIC INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****62-65 - Money Market Account |
| Taxpayer ID #: | 20-0071097 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/17/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/11/07 | {1} | Pulte Homes | Account Receivable | 1121-000 | 39,287.00 | | 39,287.00 |
| 04/11/07 | {1} | Pulte Homes | Accounts Receivable | 1121-000 | 1,875.00 | | 41,162.00 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.99 | | 41,172.99 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.71 | | 41,195.70 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.26 | | 41,216.96 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.47 | | 41,240.43 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.75 | | 41,263.18 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.56 | | 41,283.74 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.25 | | 41,307.99 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 21.49 | | 41,329.48 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 21.05 | | 41,350.53 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 18.90 | | 41,369.43 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 8.48 | | 41,377.91 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 7.68 | | 41,385.59 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.77 | | 41,391.36 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.18 | | 41,396.54 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.26 | | 41,401.80 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.26 | | 41,407.06 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.92 | | 41,411.98 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.43 | | 41,417.41 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 4.51 | | 41,421.92 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 3.25 | | 41,425.17 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.93 | | 41,428.10 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.69 | | 41,429.79 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.57 | | 41,431.36 |
| | | | | Subtotals : | $41,431.36 | $0.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-51884 BB
**Case Name:** HEAT MEDIC INC.
**Taxpayer ID #:** 20-0071097
**Period Ending:** 03/17/09

**Trustee:** BRADLEY J. WALLER (330500)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****62-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | **ACCOUNT TOTALS** | | 41,431.36 | 0.00 | $41,431.36 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 41,431.36 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$41,431.36** | **$0.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| MMA # ***-*****62-65 | 41,431.36 | 0.00 | 41,431.36 |
| | $41,431.36 | $0.00 | $41,431.36 |

{} Asset reference(s)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION DIVISION

IN RE:  
HEAT MEDIC INC.

Debtor(s)

CHAPTER 7 CASE

CASE NO. 05-51884 BB

JUDGE BRUCE W. BLACK

## DISTRIBUTION REPORT

I, <u>BRADLEY J. WALLER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 8,077.33 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 12,309.13 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 21,044.90 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 41,431.36 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                 **PAGE 1**

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| Secured Claims | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ | 8,077.33 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | BRADLEY J. WALLER | | 4,893.14 | 4,893.14 |
| | BRADLEY J. WALLER | | 307.94 | 307.94 |
| | LEE G. SCHWENDNER, CPA | | 2,626.25 | 2,626.25 |
| | U.S. Bankruptcy Clerk | | 250.00 | 250.00 |

| 3. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | | TOTAL    $ | 0.00 |

Case 05-51884    Doc 18    Filed 03/17/09    Entered 03/17/09 11:48:45    Desc Main
Document    Page 10 of 13

**DISTRIBUTION REPORT** **PAGE 2**

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,800.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

**EXHIBIT D**

| DISTRIBUTION REPORT | | | PAGE 3 |
|---|---|---|---|
| **10.** **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **11.** **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 12,309.13 | 100.00% |
| **CLAIM NUMBER** **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 2 | Department of the Treasury-Internal Revenue Service | 12,309.13 | 12,309.13 |
| | | TOTAL $ | 12,309.13 |

| **12.** **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **13.** **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 72,479.25 | 29.04% |
| **CLAIM NUMBER** **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 1 | G W Berkheimer | 25,755.13 | 7,478.20 |
| 3 | Excelsior Mfg & Supply Co | 22,913.27 | 6,653.04 |
| 4 | Lennox Industries Inc | 23,641.20 | 6,864.40 |
| 5 | Sheet Metal Workers Local 73 | 169.65 | 49.26 |
| | | TOTAL $ | 21,044.90 |

| **14.** **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORT**  **PAGE 4**

| | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|
| General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| TOTAL | $ | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| TOTAL | $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| TOTAL | $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| TOTAL | $ | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                 **PAGE 5**

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____        _____
                                                                            BRADLEY J. WALLER, Trustee