**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION DIVISION**

| | |
|---|---|
| IN RE:<br>HEAT MEDIC INC.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-51884 BB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: Will County Court Annex
    57 N. Ottawa St., Room 201
    Joliet, Illinois 60432

    on: **May 8, 2009**
    at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                  $        41,431.36

    b. Disbursements                             $               0.00

    c. Net Cash Available for                    $        41,431.36
    Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| BRADLEY J. WALLER (Trustee Fees) | 0.00 | $4,893.14 | |
| BRADLEY J. WALLER (Trustee Expenses) | 0.00 | | $307.94 |
| LEE G. SCHWENDNER, CPA (Trustee's Accountant Fees) | 0.00 | $2,626.25 | |
| U.S. Bankruptcy Clerk (US Bankruptcy Court ) | 0.00 | | $250.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,309.13 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Department of the Treasury-Internal Revenue Service | $ 12,309.13 | $ 12,309.13 |

7. Claims of general unsecured creditors totaling $72,479.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 29.04%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | G W Berkheimer | $ 25,755.13 | $ 7,478.20 |
| 3 | Excelsior Mfg & Supply Co | $ 22,913.27 | $ 6,653.04 |
| 4 | Lennox Industries Inc | $ 23,641.20 | $ 6,864.40 |

| | | | | | |
|---|---|---|---|---|---|
| 5 | Sheet Metal Workers Local 73 | | $ | 169.65 | $ | 49.26 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing:
    A. Miscellaneous Tools
    B. Miscellaneous Sheet Metal, A/C Units, Furnaces, Coils

Dated: March 20, 2009                    For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: BRADLEY J. WALLER
Address: KLEIN, STODDARD, BUCK, WALLER & LEWIS LLC
2045 ABERDEEN COURT
SYCAMORE, IL 60178
Phone No.: (815) 748-0380

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                  Date Rcvd: Mar 20, 2009
Case: 05-51884                Form ID: pdf002              Total Served: 12

The following entities were served by first class mail on Mar 22, 2009.
db          +Heat Medic Inc.,   16743 Swift Arrow Drive,   Lockport, IL 60441-4381
10167154    +Excelsior Mfg & Supply Co,   1405 E Industrial Dr,   Itasca, IL 60143
10167155     G W Berkheimer,   P.O. Box 1247,   Portage, IN 46368-9047
10167153   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court:  Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10167151     Ill Dept of Employment Securit,   Benefit Repayments,   P.O. Box 4385,   Chicago, IL  60680-4385
10167152     Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
10167156    +Lennox Industries Inc,   c/o Receivable Mgmt Services,   POB 5126,   Timonium MD 21094-5126
10167157    +Michael Daley,   Daley and George Ltd.,   20 S Clark St # 400,   Chicago, IL 60603-1835
10167158    +Ronze Pavone,   Manetti & Griffith Ltd,   2311 West 22nd St # 217,   Oak Brook, IL 60523-8201
10167160    +Sheet Metal Workers Local 73,   Stanley F Karczynski,   4550 Roosevelt Road,
             Hillside, IL 60162-2053
10167159    +Sheetmetal Local 265,   205 Alexandria Way,   Carol Stream, IL 60188-2080
10167161    +Sheetmetal National Fund,   601 N Fairfax St # 500,   Alexandria, VA 22314-2078

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10167150*   +Heat Medic Inc.,   16743 Swift Arrow Drive,   Lockport, IL 60441-4381
                                                                                                TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2009**                    **Signature:** *Joseph Speetjens*