**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: HEAT MEDIC INC.                              Case No. 05-51884
                                                    Chapter 7
_____,
                        Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,300.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $33,457.43 | Claims Discharged Without Payment: $51,330.95 |
| Total Expenses of Administration: $7,977.70 | |

3) Total gross receipts of $ 41,435.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $41,435.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 7,977.70 | 7,977.70 | 7,977.70 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 12,309.13 | 12,309.13 | 12,309.13 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 72,479.25 | 72,479.25 | 21,148.30 |
| TOTAL DISBURSEMENTS | $0.00 | $92,766.08 | $92,766.08 | $41,435.13 |

4) This case was originally filed under Chapter 7 on October 13, 2005. . The case was pending for 55 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/06/2010        By: /s/BRADLEY J. WALLER
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 41,162.00 |
| Interest Income | 1270-000 | 273.13 |
| **TOTAL GROSS RECEIPTS** | | **$41,435.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 4,893.51 | 4,893.51 | 4,893.51 |
| BRADLEY J. WALLER | 2200-000 | N/A | 207.94 | 207.94 | 207.94 |
| U.S. Bankruptcy Clerk | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| LEE G. SCHWENDNER, CPA | 3410-000 | N/A | 2,626.25 | 2,626.25 | 2,626.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 7,977.70 | 7,977.70 | 7,977.70 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Department of the Treasury-Internal Revenue | 5800-000 | N/A | 12,309.13 | 12,309.13 | 12,309.13 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 12,309.13 | 12,309.13 | 12,309.13 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| G W Berkheimer | 7100-000 | N/A | 25,755.13 | 25,755.13 | 7,514.94 |
| Excelsior Mfg & Supply Co | 7100-000 | N/A | 22,913.27 | 22,913.27 | 6,685.73 |

**UST Form 101-7-TDR (9/1/2009)**

| Lennox Industries Inc | 7100-000 | N/A | 23,641.20 | 23,641.20 | 6,898.13 |
|---|---|---|---|---|---|
| Sheet Metal Workers Local 73 | 7100-000 | N/A | 169.65 | 169.65 | 49.50 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 72,479.25 | 72,479.25 | 21,148.30 |

**UST Form 101-7-TDR (9/1/2009)**

Case 05-51884    Doc 27    Filed 06/14/10    Entered 06/14/10 15:34:36    Desc Main
                          Document      Page 6 of 9

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-51884
Case Name: HEAT MEDIC INC.

Period Ending: 05/06/10

Trustee: (330500) BRADLEY J. WALLER
Filed (f) or Converted (c): 10/13/05 (f)
§341(a) Meeting Date: 12/22/05
Claims Bar Date: 03/28/06

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | ACCOUNTS RECEIVABLE | 40,000.00 | 41,162.00 | | 41,162.00 | FA |
| 2 | MISC TOOLS | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | MISC SHEETMETAL, A/C UNITS, FURNACES, COILS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 273.13 | FA |
| 4 | Assets   Totals (Excluding unknown values) | $41,300.00 | $41,162.00 | | $41,435.13 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee is awaiting prompt determination letters.

Initial Projected Date Of Final Report (TFR):   December 31, 2006     Current Projected Date Of Final Report (TFR):   March 17, 2009 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-51884 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | HEAT MEDIC INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*.\*\*\*\*\*62-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*1097 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/06/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/11/07 | {1} | Pulte Homes | Account Receivable | 1121-000 | 39,287.00 | | 39,287.00 |
| 04/11/07 | {1} | Pulte Homes | Accounts Receivable | 1121-000 | 1,875.00 | | 41,162.00 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.99 | | 41,172.99 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.71 | | 41,195.70 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.26 | | 41,216.96 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.47 | | 41,240.43 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.75 | | 41,263.18 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.56 | | 41,283.74 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.25 | | 41,307.99 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 21.49 | | 41,329.48 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 21.05 | | 41,350.53 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 18.90 | | 41,369.43 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 8.48 | | 41,377.91 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 7.68 | | 41,385.59 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.77 | | 41,391.36 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.18 | | 41,396.54 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.26 | | 41,401.80 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.26 | | 41,407.06 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.92 | | 41,411.98 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.43 | | 41,417.41 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 4.51 | | 41,421.92 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 3.25 | | 41,425.17 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.93 | | 41,428.10 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.69 | | 41,429.79 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.57 | | 41,431.36 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.80 | | 41,433.16 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.69 | | 41,434.85 |
| 05/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.28 | | 41,435.13 |
| 05/06/09 | | To Account #\*\*\*\*\*\*\*\*6266 | | 9999-000 | | 41,435.13 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 41,435.13 | 41,435.13 | $0.00 |
| | Less: Bank Transfers | 0.00 | 41,435.13 | |
| | Subtotal | 41,435.13 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $41,435.13 | $0.00 | |

{} Asset reference(s)

Printed: 05/06/2010 08:19 AM · V.12.08

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-51884 | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|
| Case Name: | HEAT MEDIC INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*62-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*1097 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/06/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/06/09 | | From Account #\*\*\*\*\*\*\*\*6265 | | 9999-000 | 41,435.13 | | 41,435.13 |
| 05/12/09 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $4,893.51, Trustee Compensation; Reference: | 2100-000 | | 4,893.51 | 36,541.62 |
| 05/12/09 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $207.94, Trustee Expenses; Reference: | 2200-000 | | 207.94 | 36,333.68 |
| 05/12/09 | 103 | LEE G. SCHWENDNER, CPA | Dividend paid 100.00% on $2,626.25, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,626.25 | 33,707.43 |
| 05/12/09 | 104 | U.S. Bankruptcy Clerk | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 33,457.43 |
| 05/12/09 | 105 | Department of the Treasury-Internal Revenue Service | Dividend paid 100.00% on $12,309.13; Claim# 2; Filed: $12,309.13; Reference: 20-0071097 | 5800-000 | | 12,309.13 | 21,148.30 |
| 05/12/09 | 106 | G W Berkheimer | Dividend paid 29.17% on $25,755.13; Claim# 1; Filed: $25,755.13; Reference: 42955-08 | 7100-000 | | 7,514.94 | 13,633.36 |
| 05/12/09 | 107 | Excelsior Mfg & Supply Co | Dividend paid 29.17% on $22,913.27; Claim# 3; Filed: $22,913.27; Reference: 111081-00 | 7100-000 | | 6,685.73 | 6,947.63 |
| 05/12/09 | 108 | Lennox Industries Inc. | Dividend paid 29.17% on $23,641.20; Claim# 4; Filed: $23,641.20; Reference: E07051 | 7100-000 | | 6,898.13 | 49.50 |
| 05/12/09 | 109 | Sheet Metal Workers Local 73 | Dividend paid 29.17% on $169.65; Claim# 5; Filed: $169.65; Reference: | 7100-000 | | 49.50 | 0.00 |
| | | | ACCOUNT TOTALS | | 41,435.13 | 41,435.13 | $0.00 |
| | | | Less: Bank Transfers | | 41,435.13 | 0.00 | |
| | | | Subtotal | | 0.00 | 41,435.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $41,435.13 | |

{} Asset reference(s)

Printed: 05/06/2010 08:19 AM V.12.08

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-51884 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | HEAT MEDIC INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******62-66 - Checking Account |
| Taxpayer ID #: | **-***1097 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/06/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****62-65 | 41,435.13 | 0.00 | 0.00 |
| Checking # ***-*****62-66 | 0.00 | 41,435.13 | 0.00 |
| Checking # 9200-******62-66 | 0.00 | 0.00 | 0.00 |
| | $41,435.13 | $41,435.13 | $0.00 |

{} Asset reference(s)

Printed: 05/06/2010 08:19 AM    V.12.08